UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Petitioner,<br><br>v.<br><br>MARK R. FISETTE,<br>Respondent. | M.B.D. No.11-mc-91311-DPW |

# REPORT AND RECOMMENDATION
## ON THE UNITED STATES' PETITION FOR AN ORDER ENFORCING AN INTERNAL REVENUE SERVICE SUMMONS

A Petition to Enforce Internal Revenue Service Summons having been referred by the Court to the undersigned United States Magistrate Judge, for hearing and issuance of a report and recommendation on November 23, 2011, and said hearing having been held on January 9, 2012 and the Respondent, having failed to show any cause why he should not obey the Summons issued to him on June 13, 2011, the following report and recommendation is made:

This Court finds that, based upon the Declaration of Revenue Officer Jenni A. Grasso (Docket Entry # 3), the United States has established a valid basis for issuance of an Order enforcing the Internal Revenue Service Summons, in accordance with 26 U.S.C. §§ 7402(b), 7602 & 7604(a) and United States v. Powell, 379 U.S. 48 (1964).

Accordingly, this Court **RECOMMENDS** that the Petition of the United States for an Order Enforcing Internal Revenue Summons (Docket Entry # 2) be **GRANTED**, and that an Order issue, directing that Respondent obey the Summons within ~~thirty~~ Sixty (60) days, upon pain of a finding of contempt of court.

Any objections to this Report and Recommendation must be filed with the Clerk of Court within ~~ten~~ fourteen days of receipt of the Report and Recommendation to which objection is made and accompanied by the basis for such objection. Any party may respond to another party's objections within ten days after service of the objections. Failure to file objections within the specified time waives the right to appeal the order. United States v. Escoboza Vega, 678 F.2d 376, 378-379 (1st Cir. 1982); United States v. Valencia-St. Copete, 792 F.2d 4, 6 (1st Cir. 1986).

SO ORDERED this 9th day of Jan., 2012

HON. Leo Sorokin
UNITED STATES MAGISTRATE JUDGE